**UNITED STATES of America, Plaintiff–Appellee**

v.

**Brenda Ann STACKER, Defendant–Appellant.**

**No. 13–2989.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 21, 2014.

Filed: Feb. 27, 2014.

Troy K. Stabenow, Asst. Fed. Public Defender, Jefferson City, MO (Stephen C. Moss, Acting Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Lauren E. Kummerer, Asst. U.S. Atty., Jefferson City, MO, for appellee.

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

Brenda Ann Stacker pleaded guilty to a fraud offense, and was sentenced by the district court [1] to 4 years of probation. On appeal, counsel for Stacker seeks to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the court

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

abused its discretion by failing to convert Stacker's felony conviction into a misdemeanor. We reject this argument as legally unfounded. Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues. Therefore, we grant counsel's motion to withdraw, subject to his informing Stacker about procedures for seeking rehearing or filing a petition for certiorari. The judgment is affirmed.